AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

FILED Page 1 of 5
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 14 2016

JAMES W. McCORMACK, CLERK
By: _Jake Romeroy_ DEP CLERK

# UNITED STATES DISTRICT COURT
for the

Frederick Smith
_____
Plaintiff/Petitioner
v.
Secretary of State
_____
Defendant/Respondent

Civil Action No. 3:16-cv-00081 DPM/PSH

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Frederick Smith_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: March 11, 2016

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ -0- | $ -0- | $ -0- | $ -0- |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| ARK. State Rep. | 500 Wood lane St Little Rock AR. 72201 | 2012 / 2013 | $ 1600 |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ -0- |
| Other real estate (Value) | $ -0- |
| Motor vehicle #1 (Value) | $ |
| Make and year: 2003 | |
| Model: Ford Expedition | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ -0- |
| Other assets (Value) | $ -0- |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Fred Smith Jr. | Son | 9 |
| Curbelle Smith | Daughter | 3 |
| Tasha Smith | Wife | 40 |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ -0- | $ -0- |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ $275 | $ -0- |
| Clothing | $ $210 | $ |
| Laundry and dry-cleaning | $ $65 | $ |
| Medical and dental expenses | $ -0- | $ |
| Transportation *(not including motor vehicle payments)* | $ $60 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ -0- | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ OWN | $ -0- |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ — 0 — | $ — 0 — |
|---|---|---|
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☐ Yes  ☒ No

    If yes, how much?  $ ____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12. Identify the city and state of your legal residence.  Crawfordsville, ArK

    Your daytime phone number:  901 513 9710
    Your age:  44   Your years of schooling:  16
    Last four digits of your social-security number:  N/A

# DISTRICT COURT OF THE UNITED STATES
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

Case: _____

We, the People
Frederick Smith
Vs.
SECRETARY OF STATE

48 ************************************************** 48
APPLICATION
FOR
LEAVE TO PROCEED WITHOUT FEE
48 ************************************************** 48

**COMES NOW**; Frederick Smith Citizen of the United States Government, not UNITED STATES OF AMERICA, National of the United States, Free White Persons, Natural Born persons, Free Inhabitants, Sovereign Authorities of the direct line of descent that has endured the regular order and course of inheritance of the Folsom people, More, Posterity, known as We, the People; makes this application to the District Court of the United States to obtain leave to file the complaint without any cost, fee, and charge, pursuant to the Constitution of the United States and 1st Amendment.

This 11 day of _____March_____ 2016.



Fred Smith

# DISTRICT COURT OF THE UNITED STATES
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

Case: _____

48 ************************************************** 48

## DECLARATION
### OF
## Exempt Filing Fee Status

48 ************************************************** 48

We, the People
Frederick Smith
Vs.
SECRETARY OF STATE

The Citizen of the United States Government, *not* United States of America, does make this Declaration that the "Citizens" of the said district are exempt from cost, filing fees and charges imposed by any courts, boards of law pursuant to and according to:

1. Constitution of the United States Article 4, sec. 2
2. **Hague Convention,**
3. **State Department of the United States**
   "The citizens of each State shall be entitled to all privileges and immunities of citizens in the several States."
4. 7th Amendment
   "In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved ..."

**Right:** Political Right... the right of petition. Blacks 3rd Ed. P. 524; Winnet v. Adam, 71 Neb. 817, 99 N. W. 681: see Black's Law Dictionary 7th Ed. Pg.1487-1488:

5. 1st Amendment Constitution of the United States:
   "... the right of the people... to Petition the Government for a redress of grievances".

**Petition:** A formal written application to a court requesting judicial action on a certain matter. A recital of facts which gives rise to a cause of action"

6. Title 8 USC 1503 (a):

"If any person who is within the United States claims a RIGHT or PRIVILEGE as a National of the United States – 8 USC 1101(a) (22), and is denied such right or privilege by any department or independent agency or official thereof, upon the grounds that he is not a national of the United States, such person may institute a action under the provisions of section 2201 of titled 28, United States codes... against the head of such department of independent agency for a judgment declaring him to be a national of the United States..."

Privilege: "A particular and peculiar benefit or advantage enjoyed by a person, Company, or **CLASS**, beyond the Common advantage of other Citizens. An exceptional or extraordinary power or exemption. A peculiar right, advantage, exemption, power, franchise, or immunity held by a person or class, not generally possessed by others".

7    14th Amendment
"No State shall make or enforce any law which shall abridge the privileges and immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property without due process of law, nor deny to any person protection of the law".

The term "Right" is nowhere defined as a filing fee, Payment, charge, burden or tax and is in violation of Constitution of the United States herein asserted. As a Foreign National Preamble-Posterity ...Citizen of the United States [whose ancestors additionally served in the Army and Navy of United States] I, claim, inter alia, the Right or Grand Fathering or Grandfather Clause.

As a "National of the United States" I have claimed the Right and Privilege so indicated in 8 USC 1503 (a), inter alia, here in named and when challenged by anyone in the department of the Clerk of court, action pursuant to 8 USC 1503(a) against the head of such department in accordance with 8 USC 2201 shall be initiated.

This 11 day of March 2016.

Fred Smith