IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FREDERICK SMITH**                                                                 PLAINTIFF

v.                              No. 3:16-cv-81-DPM

**SECRETARY OF STATE, in personal and
official capacities**                                                              DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2016